UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JEROME BROWN, SR.,

                    Plaintiff,

    v.

KARL A. RACINE, et al.,

                    Defendants.

CASE NO. C19-1655-RAJ

ORDER DENYING IN FORMA PAUPERIS REQUEST AND DISMISSING CASE

The Court, having reviewed plaintiff's application to proceed *in forma pauperis* (IFP), the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's IFP application is DENIED;

(3) This case is DISMISSED under 28 U.S.C. § 1915(e)(2)(B); and

(4) The Clerk is directed to send copies of this Order to plaintiff and to the Honorable Mary Alice Theiler.

DATED this 19th day of November, 2019.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER DENYING IN FORMA PAUPERIS
REQUEST AND DISMISSING CASE
PAGE - 1